SAMUEL N. TONKIN, Appellant, v. CALIFORNIA INSURANCE COMPANY OF SAN FRANCISCO, INC., Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn

and Callahan, JJ.; Dore, J., dissents and votes to modify and grant judgment for plaintiff for $515.30. [See 269 App. Div. 664.]